**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Melodi Anne Bruce and Daniel Michener, Defendants,

Of whom Melodi Anne Bruce is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-001135

—————————

Appeal From Greenville County
W. Marsh Robertson, Family Court Judge

—————————

Unpublished Opinion No. 2022-UP-427
Submitted November 23, 2022 – Filed November 29, 2022

—————————

**AFFIRMED**

—————————

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Lewis Lesesne Hendricks, Jr., of The Hendricks Firm, LLC, of Easley, as Guardian ad Litem for Appellant.

Lauren Ashley Stokes, of South Carolina Department of Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem for the minor child.

―――――――――

**PER CURIAM:**  Melodi Anne Bruce appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Bruce's counsel.

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

―――――――――――――

[1] We decide this case without argument pursuant to Rule 215, SCACR.